**LAW OFFICES OF RAHUL WANCHOO** (RW-8725)
Attorneys For Plaintiff
Empire State Building
350 Fifth Avenue, Suite 3304
New York, New York 10118
Phone: (201) 882-0303
Fax:    (201) 301-3576
E-mail: rwanchoo@wanchoolaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

WORLD REACH SHIPPING LIMITED           ECF CASE

              Plaintiff,           07 CV 8449 (LAP)

    - against -                               **FED. R. CIV. P.**
                                                             **§7.1 STATEMENT**
HANJIN SHIPPING CO. LTD.

              Defendant.

-------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff World Reach Shipping Ltd. represents to this Honorable Court that said Plaintiff does not have a corporate parent and any publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
         September 28, 2007

                                               **LAW OFFICES OF RAHUL WANCHOO**
                                               Attorneys for Plaintiff
                                             TRANSGLOBE SHIPPING CO. LTD.

                                        By: _/s/ Rahul Wanchoo_____
                                              Rahul Wanchoo (RW-8725)