UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Plaintiff**<br><br>-v-<br><br>**Defendant** | Case No.<br><br>**Rule 7.1 Statement** |

   Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**Date:** _____   _____
                     **Signature of Attorney**

                     **Attorney Bar Code:**

Form Rule7_1.pdf