Richard A. Zimmerman, Esq.
Attorney for Defendant
233 Broadway – Suite 2202
New York, NY 10279
Richard A. Zimmerman (RZ 0963)
(212) 962 -1818
Patrick C. Crilley (PC 9057)
*Of Counsel*
(212) 619-1919

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

| | |
|---|---|
| WORLD REACH SHIPPING LIMITED, | **ECF CASE** |
| Plaintiff, | |
| -against- | **07 Civ 8449 (LAP)** |
| HANJIN TRANSPORTATION CO. LTD. d/b/a/ HANJIN CO., LTD, | **NOTICE OF APPEARANCE** |
| Defendant. | |

--------------------------------------------------------x

To the Clerk of this court and all parties of record:

   Enter my appearance as counsel in this case for the above captioned defendant.

   I certify that I am admitted to practice in this court.

Dated:   New York, New York
         November 13, 2007

                              /s/ Richard A. Zimmerman
                              Richard A. Zimmerman (RZ-0963)
                              Attorney for Defendants
                              233 Broadway, Suite 2202
                              New York, NY 10279
                              (212) 962-1818
                              (240) 218-6456