USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/15/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

WORLD REACH SHIPPING LIMITED

              Plaintiff,

   - against -

HANJIN TRANSPORTATION CO., LTD.,
d/b/a HANJIN CO., LTD
              Defendant.

------------------------------------------------------------X

ECF CASE

07 Civ. 8449 (LAP)

**STIPULATION AND ORDER
FOR RELEASE OF FUNDS
AND DISMISSAL OF ACTION**

    WHEREAS the Defendant has agreed to settle Plaintiff's claims in the Amended Verified Complaint dated October 24, 2007; and

    WHEREAS the parties settlement agreement requires that the $40,427.60 of Defendant's funds restrained within this District at Citibank N.A. pursuant to the October 24, 2007 Ex Parte Order and Process of Maritime Attachment and Garnishment, shall be released pursuant to instructions to be furnished to Citibank by Plaintiff's counsel, LAW OFFICES OF RAHUL WANCHOO; and

    WHEREAS any and all other funds restrained within this district at any other garnishee(s), including the balance of funds at Citibank N.A., $1,430 restrained at Deutsche Bank, and $685 restrained at Bank of New York, shall be released pursuant to instructions to be furnished to any such garnishee, by Defendant's counsel, RICHARD A. ZIMMERMAN

    **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

    The $40,427.60 of Defendant's funds restrained within this District at Citibank N.A. shall forthwith be released pursuant to instructions to be furnished to Citibank N.A. by Plaintiff's counsel; and

That any and all other of Defendant's funds restrained within this District, including the balance of funds at Citibank N.A., and those restrained at Deutsche Bank and Bank of New York, shall forthwith be released pursuant to instructions to be furnished to such garnishees by Defendant's counsel; and

This action shall thereafter be dismissed with prejudice and without costs as to either party.

Dated: November 15, 2007
New York, NY

The Plaintiff,
WORLD REACH SHIPPING LIMITED,

By: *Rahul Wanchoo*
Rahul Wanchoo (RW 8725)
Law Offices Of Rahul Wanchoo
350 Fifth Avenue, 59th Floor
New York, NY 10118
Tel: (201) 882-0303
Fax: (201) 301-3576
rwanchoo@wanchoolaw.com

The Defendant,
HANJIN TRANSPORTATION CO., LTD.,
d/b/a HANJIN CO., LTD

By: *Richard A. Zimmerman*
Richard A. Zimmerman (RZ-0963)
233 Broadway, Suite 2202
New York, NY 10279
(212) 962-1818 - phone
(240) 218-6456 – fax
zimmny@attglobal.net

SO ORDERED:

_____
Honorable Loretta A. Preska, U.S.D.J.

*November 15, 2007*

The Clerk of the Court Shall mark this action closed and all pending motions denied as moot.

SO ORDERED:
*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.

2